Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@ toddflaw.com
abacon@ toddflaw.com
mgeorge@toddflaw.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BIEBER, individually and on behalf of all others similarly situated, | ) Case No. |
| Plaintiff, | ) |
| vs. | ) 1:18-cv-00600-DAD-EPG |
| THUNDERBIRD COLLECTION SPECIALISTS, INC., and DOES 1 through 10, inclusive, and each of them, | ) **NOTICE OF SETTLEMENT** |
| Defendant. | ) |

    NOW COME THE PLAINTIFF by and through their attorneys to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

    Respectfully submitted this July 25, 2018.

                                                By: <u>/s/Todd M. Friedman</u>
                                                TODD M. FRIEDMAN, ESQ.

## **CERTIFICATE OF SERVICE**

Filed electronically on July 25, 2018, with:

United States District Court CM/ECF system

Notification sent electronically on July 25, 2018, to:

To the Honorable Court, all parties and their Counsel of Record

This 25th Day of July, 2018.

By: /s/Todd M. Friedman
TODD M. FRIEDMAN, ESQ.