# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| MARK BIEBER, | Case No. 1:18-cv-00600-DAD-EPG |
|---|---|
| Plaintiff, | ORDER RE: NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| THUNDERBIRD COLLECTION SPECIALISTS, INC., | (ECF No. 7) |
| Defendant. | |

On September 21, 2018, Plaintiff Mark Bieber filed a notice of voluntary dismissal with prejudice as to all of his individual claims and without prejudice as to claims of any putative class member. (ECF No. 7.) Defendant has not filed an answer or a motion for summary judgment. Accordingly, in light of the notice, the case has ended and is dismissed with prejudice as to Plaintiff Mark Bieber's individual claims and without prejudice as to the claims of any putative class member. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 24, 2018**       /s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1